1  LIVIA M. KISER (SBN 285411)
     lkiser@kslaw.com
2  MICHAEL B. SHORTNACY (SBN 277035)
     mshortnacy@kslaw.com
3  KING & SPALDING LLP
4  633 West Fifth Street, Suite 1600
   Los Angeles, CA 90071
5  Telephone:  (213) 443-4355
   Facsimile:   (213) 443-4310
6

7  *Attorneys for Defendant*
   AMERICAN HONDA MOTOR CO., INC.
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| ALEC PLOTTS, MARC CAINE, and LETICIA RIVERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 2:22-CV-04529-MWF-AS<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF No. 32]**<br><br>FAC Filed:  October 17, 2022<br><br>Judge:      Hon. Michael W. Fitzgerald<br>Hearing:   March 13, 2023<br>Time:       10:00 a.m.<br>Place:       Courtroom 5A<br><br>**CLASS ACTION** |
|---|---|

On November 21, 2022, Defendant American Honda Motor Co., Inc. ("AHM") filed a Request for Judicial Notice in Support of its Motion to Dismiss the First Amended Complaint ("RJN"). (ECF No. 32.) Through its RJN, AHM asked the Court to take judicial notice of the following:

1.  The Declaration of Anthony Oborny dated September 5, 2019 ("Oborny Declaration"), attached as **Exhibit 1** to the Declaration of Michel B. Shortnacy, dated November 21, 2022 ("Shortnacy Declaration"), which confirms that AHM is the exclusive distributor of Honda vehicles in the United States, administers the New Vehicle Limited Warranty ("NVLW") for those vehicles, and does not design, develop, test, or manufacture vehicles (ECF No. 31-2);

2.  Honda Technical Service Bulletin ("TSB") 20-058 and its amendments, referenced in Plaintiffs' First Amended Complaint ("FAC") and attached in full as **Exhibits 2-4** and **7-8** of the Shortnacy Declaration (ECF Nos. 31-3 (Ex. 2), 31-4 (Ex. 3), 31-5 (Ex. 4), 31-8 (Ex. 7), 31-9 (Ex. 8));

3.  Honda TSB 21-012 and TSB 21-013 versions 1 and 2, referenced in Plaintiffs' FAC and attached in full as **Exhibits 5**, **6**, and **9** to the Shortnacy Declaration (ECF Nos. 31-6 (Ex. 5), 31-7 (Ex. 6), 31-10 (Ex. 9));

4.  The Honda Job Aid titled "MOST Bus Network: Overview, Troubleshooting, and Repairs," Version 3, dated September 2021 ("Job Aid"), referenced in the FAC and attached in full as **Exhibit 10** to the Shortnacy Declaration (ECF No. 31-11 (Ex. 10)); and

5.  The Second Amended Complaint, Settlement Agreement, and the Declaration of Eldon G. Leaphart filed in the matter *Conti, et al. v. American Honda Motor Co., Inc.*, Case No. 2:19-cv-02160-CJC-GJS (C.D. Cal.), at ECF Nos. 50, 71-3, 92 and 92-1 and attached as **Exhibits 11, 12, 13 and 14**, respectively, to the Shortnacy Declaration (ECF Nos. 31-12 (Ex. 11), 31-13 (Ex. 12), 31-14 (Ex. 13), 31-15 (Ex. 14)).

Plaintiffs did not oppose the RJN. Accordingly, pursuant to Local Rule 7-12, and for the reasons stated in AHM's RJN (ECF No. 32), AHM respectfully submits that it

1  is proper for the Court to take judicial notice, and therefore respectfully requests that
2  the Court grant AHM's RJN and take judicial notice of the documents referenced above.

4  Dated: February 8, 2023            **KING & SPALDING LLP**

6                                     By: */s/ Michael B. Shortnacy*
                                       Michael B. Shortnacy

                                       Attorneys for Defendant
                                       AMERICAN HONDA MOTOR CO., INC.