UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.      **CV 22-4529-MWF(ASx)**                                             Dated: **March 13, 2023**

Title:          Alec Plotts -*v*- American Honda Motor Co., Inc.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

    Rita Sanchez                                  Amy Diaz
    Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    Stephen Taylor - Telephonic          Michael B. Shortnacy

**PROCEEDINGS:**      **MOTION TO DISMISS FIRST AMENDED COMPLAINT [31]**

     Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                                               :10 min